# NOTICE OF CLASS ACTION

# PLEASE READ THIS NOTICE CAREFULLY

**Easterling v. State of Connecticut Department of Correction**
Case No. 3:08-cv-826 (JCH)
United States District Court, District of Connecticut

TO:      All female applicants for the position of Correction Officer at the State of Connecticut Department of Correction who participated in the Correction Officer selection process and failed only the 1.5 mile run portion of the physical fitness test at any time from October 2004 to October 2006.

RE:      Damages phase of class action lawsuit.

### NOTICE OF DAMAGES PHASE OF EMPLOYMENT DISCRIMINATION CLASS ACTION LAWSUIT AGAINST THE CONNECTICUT DEPARTMENT OF CORRECTION

### IF YOU ARE A CLASS MEMBER YOU ARE PRESUMPTIVELY ENTITLED TO MONETARY RELIEF AND YOU MAY BE ENTITLED TO PRIORITY CONSIDERATION FOR A CORRECTION OFFICER JOB

**If you are a woman who applied for a job as a Correction Officer with the Connecticut Department of Correction ("the Department"), and you failed only the 1.5 mile run portion of the physical fitness test, between October 2004 and October 2006, you are a member of this class.**

**On May 5, 2011, United States District Judge Janet C. Hall determined that the Department's use of the 1.5 mile run to eliminate applicants for a position as a Correction Officer discriminated against women and violated the law.**

### Class Counsel is Seeking the Following Relief on Your Behalf:

### Backpay

Backpay is money that is awarded to compensate for wages and benefits that you would have received if you had been hired as a Correction Officer. For example, if you were unable to find another job, or found a job that paid less than the Correction Officer job, you may be entitled to backpay from the date you would have been hired (absent the 1.5 mile run test) until a date to be determined by the Court.

**Priority Hiring**

If you are currently qualified to work as a Correction Officer, you may be given priority over other applicants if you are able to successfully complete the selection process**.** If you are granted priority hiring relief, you may be granted certain benefits of seniority retroactive to the date you would have been hired absent the 1.5 mile run test.

**Frontpay**

If positions with the Department are not currently available you may be entitled to additional payment of monetary relief for lost wages and the value of lost benefits that you would have received if positions were available for priority hiring. To receive this relief you must be currently qualified to work as a Correction Officer.

**The Department Will Assert Certain Defenses To The Relief Sought**:

The Department will maintain, among other things, that if the Court awards back pay, the amount should be reduced by the amount of interim earnings that class members earned after being excluded from the Correction Officer selection process and to reflect the efforts that class members made (or did not make) to obtain other employment (including efforts to complete the selection process for the Correction Officer position).  The Department will maintain that the Court should consider that many class members who failed the physical fitness test would not have successfully completed the remaining parts of the selection process (i.e., background investigation, criminal history check, interview, physical screening and exam) or would not have been selected because of the lack of openings for such positions.   In addition the Department will maintain that the back pay period should end in 2007 when the use of the challenged physical fitness test was discontinued.   As to front pay and priority hiring, the Department will maintain that if the Court orders such hiring, each class member seeking employment as a Correction Officer will be required to establish that she is currently qualified for such position by successfully completing the current selection process, including the physical fitness test being used at the time that she participates in that selection process.

**THE PURPOSE OF THIS NOTICE**

The purpose of this Notice is to inform you of the existence of a class action lawsuit in which you may be a member of the class for the relief phase of the litigation, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit if you so desire.

The Court has certified the relief phase of this lawsuit as a class action and ordered that the class receive notice and an opportunity to opt-out.

**ALLEGATIONS & HISTORY OF THE CLASS ACTION**

This class action was brought against the Connecticut Department of Correction by Cherie Easterling on behalf of all women who applied for a Correction Officer job but were

2

eliminated from further consideration because they failed the 1.5 mile run portion of the physical fitness test from October 2004 to October 2006. This case was filed on May 30, 2008, and certified as a class action on January 4, 2010. On May 5, 2011, the Court found that the Department's use of the 1.5 mile run test in the Correction Officer selection process discriminated against women.

The remaining proceedings relevant to this Notice are limited to a determination of damages to be awarded to the class. In addition, these proceedings will also determine whether class members who are still interested in, and qualified for, the Correction Officer job will be entitled to priority hiring or frontpay. These determinations will be made by the Court.

## CLASS REPRESENTATIVE

The following person has been designated as the class representative in the class action:

**Cherie Easterling**

## CLASS COUNSEL

The Court appointed the law firms of Outten & Golden and Public Citizen Litigation Group to serve as Class Counsel. If you would like Outten & Golden and Public Citizen Litigation Group to continue to represent you in the remaining proceedings, you do not need to take any action. These law firms will continue to represent your interests in this phase of the case unless you indicate you would like to opt-out of this class action.

## YOUR RIGHTS AND CHOICES

1. If you are a member of the class because you are a woman who applied for the Correction Officer job but failed only the 1.5 mile run portion of the physical fitness test, at any time from October 2004 to October 2006, you will automatically be included in the damages phase of the class action BY TAKING NO ACTION to be excluded from it within the time period specified below.

2. If you remain in the class action by taking no action to be excluded from it, your entitlement to monetary and other relief will be determined in the pending lawsuit and you will be bound by any judgment therein, whether favorable or unfavorable. Your interests will be protected by the attorneys representing the class if you take no action, but you may, if you wish, select your own attorney to represent you at your own expense or to attempt to negotiate an independent settlement subject to court approval and payment of attorney's fees and litigation costs as ordered by the Court.

3. If you choose NOT to be included in the class action, you will NOT be bound by any decisions or judgments concerning the extent of your monetary or other relief in the class action. You will NOT be entitled to share in the proceeds of any settlement or judgment obtained in the class action. However, you may pursue your remedies by way of a separate lawsuit through litigation or settlement independent of this class action. If you cannot settle your claim, your

claim may be barred if you do not file suit **within three days** of your mailing of an opt-out notice.

4.  If you DO NOT wish to be included in the class action, you MUST file a notice that you elect to be excluded BY NO LATER THAN February __, 2012.  You may do this by signing and mailing a letter to the Court, by first class mail postmarked no later than the above date.  Do not call the Court.  In the letter, identify yourself and state that you desire to be excluded from the class action.  Address the letter to:

   Office of the Clerk
   Brien McMahon Federal Building
   United States Courthouse
   915 Lafayette Boulevard
   Bridgeport, Connecticut 06604

**5. NOTICE OF EXCLUSION FROM THE DAMAGES PORTION OF THE CLASS ACTION MUST BE MADE BY EACH INDIVIDUAL DESIRING TO BE EXCLUDED.**

**IF YOU WISH TO REMAIN A MEMBER OF THE CLASS IN THE DAMAGES PHASE, DO NOT TAKE ANY ACTION AND CLASS COUNSEL WILL CONTINUE TO REPRESENT YOU AND WILL CONTACT YOU DIRECTLY**

---

### YOUR OBLIGATIONS AS A CLASS MEMBER DURING THE DAMAGES PHASE OF LITIGATION

If you remain a member of the class (by taking no action) you may be called upon to provide information concerning your application to the Department and subsequent job history.  You may be required to provide the defendant and/or the Court with information regarding your interim earnings after being excluded from the Correction Officer selection process, your efforts to find other employment (including efforts to complete the selection process for the Correction Officer position), your background, and certain medical information that is relevant to your eligibility for the Correction Officer position.  Your failure to provide this information in the manner required by the Court may result in your removal from the class and/or your claim being denied. If you do not exclude yourself from the class you will be sent appropriate notices with regard to any information required of you. If you are interested in being considered for priority hire as a Correction Officer, you may also be called upon to demonstrate that you are currently qualified for the job and will be required to successfully complete the selection process for the Correction Officer position, including the physical fitness test being used at the time you participate in the selection process.

The appointed class counsel of Outten & Golden is available to assist you in preparing and submitting any required information.

Please be advised that, as a result of the Court's findings, the legal fees of Outten & Golden and Public Citizen Litigation Group, and costs, will be paid by the Department.

**THIS NOTICE SHOULD NOT BE UNDERSTOOD AS AN EXPRESSION OF ANY OPINION BY THE COURT CONCERNING THE AMOUNT OF MONETARY OR OTHER RELIEF TO WHICH YOU MAY BE ENTITLED.**

**AVAILABILITY OF FILED PAPERS**

The pleadings and other papers filed in these actions are available for inspection Monday through Friday, 9:00 a.m. to 4:00 p.m., at the Office of the Clerk, United States District Court:

Office of the Clerk
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Any question or inquiry you or your attorney may have concerning this notice should be made in writing or by telephone to Outten & Golden. DO NOT CALL OR WRITE TO THE JUDGE, CLERK OF COURT or DEFENSE ATTORNEYS. Address inquiries to OUTTEN & GOLDEN to:

Cyrus E. Dugger, Esq. and Natalie Holder-Winfield, Esq.
Outten & Golden
3 Park Ave., 29th Fl.
New York, NY 10016
212-245-1000