UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERIE EASTERLING, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>STATE OF CONNECTICUT DEPARTMENT OF CORRECTION.<br><br>Defendant. | CIVIL ACTION NO. 08 CV 826 (JCH)<br><br><br>July 23, 2013 |

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF THE PROPOSED NOTICE OF SETTLEMENT AND CLASS ACTION SETTLEMENT PROCEDURE**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval of Settlement and Approval of the Proposed Notice of Settlement and Class Action Settlement Procedure ("Motion for Preliminary Approval"), and as set forth in the Declaration of Cyrus E. Dugger in Support of Plaintiff's Motion for Preliminary Approval ("Dugger Decl."), Plaintiff respectfully requests that the Court enter an Order:

(1) granting preliminary approval of the Stipulated Agreement dated May 3, 2013, attached as Exhibit B to the Dugger Decl.;

(2) approving the proposed Notices attached as Exhibit C and Exhibit D to the Dugger Decl., and directing their distribution as set forth in the Motion for Preliminary Approval and Dugger Decl.;

(3) approving the proposed procedure for final settlement approval; and

(4) granting any other relief that the Court deems just and proper.

\*    \*    \*    \*

Plaintiff submits a Proposed Order, attached to the Dugger Decl. as Exhibit F, for the Court's convenience.

Dated: July 23, 2013
New York, New York

**Respectfully submitted on behalf of Plaintiff and the Class,**

By: /s/ Adam T. Klein

**OUTTEN & GOLDEN LLP**
Adam T. Klein (phv02892)
Tammy Marzigliano (ct23326)
Cyrus E. Dugger (phv05016)
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
Email: tm@outtengolden.com

**PUBLIC CITIZEN LITIGATION GROUP**
Michael T. Kirkpatrick (phv02893)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
Facsimile: (203) 588-7795
Email: mkirkpatrick@citizen.org

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2013, a copy of the foregoing was filed electronically or served by certified mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by certified mail for anyone unable to accept electronic filing. The parties may access this filing through the Court's system.

/s/ *Adam T. Klein*